FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 6 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

09CV02020 *BnB*

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

JERALENE ANN MARISCO DERRER,

      Petitioner,

v.

[NO RESPONDENT NAMED],

      Respondent.

_____

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCIES

_____

Petitioner has submitted to the court two untitled documents apparently seeking

judicial relief. Both documents are largely incomprehensible. As part of the court's

review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents

are deficient as described in this order. Notwithstanding the deficiencies, the clerk of

the court will be directed to commence a civil action. Construing the documents

liberally, it appears that Petitioner primarily is complaining about various incidents that

have extended the length of her prison sentence. Because the alleged incidents relate

to the execution of her prison sentence, the court will construe this action as a habeas

corpus action pursuant to 28 U.S.C. § 2241. Petitioner will be directed to cure the

following if she wishes to pursue any 28 U.S.C. § 2241 habeas corpus claims in this

action.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner
(6)   ___   is not on proper form (must use the court's current form)
(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___   An original and a copy have not been received by the court. Only an original has been received.
(9)   xx   other:  motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10)   xx   is not submitted
(11)   ___   is not on proper form (must use the court's current form)
(12)   ___   is missing an original signature by the prisoner
(13)   ___   is missing page nos. ___
(14)   ___   uses et al. instead of listing all parties in caption
(15)   ___   An original and a copy have not been received by the court. Only an original has been received.
(16)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   ___   names in caption do not match names in text
(18)   xx   other: Petitioner must write on only one side of each page.

Although the Court has construed this action as a habeas corpus action pursuant to 28 U.S.C. § 2241, the court notes that Petitioner also makes allegations in the two untitled documents that relate to her original conviction and sentence and the conditions of her confinement.  Petitioner is advised that she may not raise any claims based on those allegations in this action.  If Petitioner wishes to pursue any claims challenging the validity of her original conviction or sentence, she must file a separate habeas corpus action pursuant to 28 U.S.C. § 2254.  If Petitioner wishes to pursue any claims based on the conditions of her confinement, she must file a separate civil action using the court's Prisoner Complaint form.  Petitioner may obtain the necessary forms

2

for any additional actions she wishes to initiate from the clerk of the court.  Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Petitioner intends to file in this action must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to Petitioner, together with a copy of this order, two copies of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 26th day of August , 2009.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **09CV02020**

Jeralene Ann Marisco Derrer
Prisoner No.  118532
La Vista Corr. Facility
1401 W. 17th St.
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on____*8/24/09*

GREGORY C. LANGHAM, CLERK

By_____
                    Deputy Clerk